In the Matter of the Distribution of the Surplus Moneys in Foreclosure of Mortgage on Real Estate of SARAH LAWRENCE HAZARD, Deceased.

(Argued January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 17,

1893, which affirmed a decree of the Surrogate's Court of the city and county of New York confirming the report of a referee in surplus money proceedings.

*John J. Crawford* for appellant.

*L. A. Lockwood* and *John D. Taylor* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.